OFFICE OF DISCIPLINARY COUNSEL *v.* SALLING.

[Cite as *Disciplinary Counsel v. Salling* (1994), 71 Ohio St.3d 92.]

(No. 94–1365—Submitted September 20, 1994—Decided November 17, 1994.)

*Geoffrey Stern,* Disciplinary Counsel, and *Harald F. Craig III,* Assistant Disciplinary Counsel, for relator.

*Per Curiam.* Respondent not having responded to the show-cause order, we hereby suspend him from the practice of law in this state for six months, effective May 18, 1994. Respondent may reapply for reinstatement pursuant to Gov.Bar R. V(10). Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.